The ESTATE OF Thomas J. SMITH BY AND THROUGH Its Executor Neil W. HEAD and the Estate of Dorothy C. Smith By and Through Its Executor Neil W. Head, Appellants

v.

FREEHAND, H.J., INC., & Joel E. Templin & John A. Schorn, Michael Alan Siddons, Esquire, Individually & Siddons & Associates, LLC. & Ciardi, Ciardi & Astin, P.C., Appellees

v.

Freehand, H.J., Inc., & Joel E. Templin & John A. Schorn & Michael Alan Siddons, Esquire, Individually & Siddons & Associates, LLC & Ciardi, Ciardi & Astin, P.C.

Cross Appeal of: Ciardi, Ciardi & Astin, P.C.

No. 112 MAP 2016
No. 113 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: July 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of July, 2017, on the basis of this Court's decision in *Villani v. Seibert*, 159 A.3d 478 (Pa. 2017), the Order of the Chester County Court of Common Pleas, dated November 2, 2015, as amended by the Order dated November 9, 2015 and the Order dated November 17, 2015, is **REVERSED** and the matter is **REMANDED** to the Chester County Court of Common Pleas for further proceedings.

The Appeal of the Order of the Chester County Court of Common Pleas dated October 22, 2014 (113 MAP 2016) is **QUASHED.**

The ancillary Motion to Quash Appeal or, in the Alternative, to Remand to Superior Court for Consideration of Ancillary Issue that Falls Outside of Supreme Court's Exclusive Jurisdiction and Stay All Supreme Court Proceedings Pending Superior Court's Decision on Ancillary Issue, is **DENIED** as **MOOT.**